UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-18 (PAM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>V.<br>FAYSAL TADESSE NIGATU,<br>Defendant. | MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C.§ 3582(c)(2) |

Faysal Nigatu, through counsel, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 108 to months and to order his release from custody. Retroactive application of the amended November 1, 2007, Sentencing Guideline Offense Levels for crack cocaine offenses make Mr. Nigatu eligible for immediate release from BOP custody upon re-sentencing. The sentencing factors in this case are straightforward. Mr. Nigatu's original guideline range was based on a total offense level 31 and a criminal history category VI, resulting in a guideline range of 188-235 months. The court departed downward to 108 months based on overstated criminal history. This represents a 42% reduction in sentencing (from 188 to 108 months). Applying the November 7, 2007 crack cocaine guideline amendments reduces Mr. Nigatu's total offense level from 31 to level 27, resulting in new guideline range of 100-210 months. A 42% reduction from the adjusted guideline range results in a reduction of sentence of _45 months, which would place his new sentence at 63 months.

Mr. Nigatu has a BOP out date of 7/5/08, so with this sentencing reduction he would have served his entire sentence and be eligible for immediate release from prison. Accordingly, Mr. Nigatu moves the court to re-sentence him, issue an order reducing his sentence to time served, and order that he be released from BOP custody within ten days of filing the order.

Dated: March 6, 2008

Respectfully submitted,

***s/Douglas Olson***
DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415