# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-18(PAM/JGL)

FAYSAL TADESSE NIGATU,

Defendant.

I hereby certify that on March 12, 2008, I served, or caused to be served, the following documents:

GOVERNMENT'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. S 3582(c)(2)

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Douglas H. R. Olson
Assistant Federal Public Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Ph: 612-664-5858
Fx: 612-664-5850

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant