# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

FAYSAL TADESSE NIGATU,
Defendant.

**CERTIFICATE OF SERVICE**

Criminal No: 00-18 PAM

I hereby certify that on March 27, 2008, I caused the following document(s):

1. Response to Government's Opposition to Motion for Resentencing Pursuant to 18 U.S.C. § 3582(c)(2)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Nathan Petterson
Assistant U.S. Attorney

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

N/A

Dated: March 27, 2008

***s/Douglas Olson***
DOUGLAS OLSON
Attorney ID No. 169067
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415